IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mirza, Johnson

Printed: 3/4/08

Case Number: 07 B 22623
Judge: Wedoff, Eugene R
Filed: 12/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 4. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 5. | Accredited Home Lenders | Secured | | No Claim Filed |
| 6. | Irwin Home Equity | Secured | | No Claim Filed |
| 7. | ACS | Secured | | No Claim Filed |
| 8. | ACS | Secured | | No Claim Filed |
| 9. | Wilshire Credit Corp | Secured | | No Claim Filed |
| 10. | Carson Pirie Scott | Secured | | No Claim Filed |
| 11. | Impac | Secured | | No Claim Filed |
| 12. | Illinois State Lottery | Priority | | No Claim Filed |
| 13. | Commercial Recovery Corp | Priority | | No Claim Filed |
| 14. | Credit One Bank | Priority | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Mirza, Johnson

Printed:  3/4/08

Case Number:  07 B 22623
Judge:  Wedoff, Eugene R
Filed:  12/3/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

